# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LIBERTY MUTUAL INSURANCE COMPANY** | **CIVIL ACTION** |
| **VERSUS** | **No. 07-3114** |
| **JOTUN PAINTS, INC., et al.** | **SECTION: I/5** |

## ORDER

Considering the parties' joint motion to stay and administratively close this case;[1]

**IT IS HEREBY ORDERED** that the above-captioned matter is **STAYED** and **ADMINISTRATIVELY CLOSED** for statistical purposes, without prejudice. The stay of proceedings and administrative closure may be lifted upon motion of any party following a final judgment or settlement of the underlying DuroSeal litigation[2] or earlier for good cause shown, provided that said motion is filed no later than January 14, 2010. If no such motion has been filed by January 14, 2010, and the parties have not, prior to that date, scheduled a status conference with the Court, the case shall be dismissed. Nothing contained in this order shall be considered a

---

[1] R. Doc. No. 270.

[2] The "underlying DuroSeal litigation" shall include the following cases: ACF Barge Acceptance Barge I, LLC v. Trinity Marine Products, Inc., et al., Court No. 49-320, filed in the 25th Judicial District Court for the Parish of Plaquemines, Louisiana; Florida Marine Transporters, Inc. v. Trinity Marine Products, Inc., et al., Court No. 49-819, filed in the 22nd Judicial District Court for the Parish of St. Tammany, Louisiana; J. Russell Flowers, Inc., et al. v. Trinity Marine Products, Inc., et al., Court. No. 4:02-CV-245, filed in the United States District Court for the Northern District of Mississippi; LeBeouf Bros. Towing Co., Inc. v. Trinity Marine Products, Inc., et al., Court No. 50-085, filed in the 25th Judicial District Court for the Parish of Plaquemines, Louisiana; Marquette Transportation Co., Inc., et al. v. Trinity Marine Products, Inc., et al., Court No. 49-605, filed in the 25th Judicial District Court for the Parish of Plaquemines, Louisiana; Puettmann v. Trinity Marine Products, Inc., et al., Court No. 06-9447, filed in the 25th Judicial District Court for the Parish of Plaquemines, Louisiana; and Waxler Transportation Co., Inc. v. Trinity Marine Products, Inc., et al., Court No. 49-741, filed in the 25th Judicial District Court for the Parish of Plaquemines, Louisiana.

dismissal or dispositive of this lawsuit or any part thereof;

**IT IS FURTHER ORDERED** that all pending motions are hereby **DISMISSED** without prejudice.[3]

New Orleans, Louisiana, January 15, 2009.

                **LANCE M. AFRICK**
        **UNITED STATES DISTRICT JUDGE**

---

[3] R. Doc. No. 189, 190, 191, 231, 252, 255, 256.